

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| City of El Paso, Texas, | § | No. 08-19-00163-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Joanna Cangialosi, Individually, as Next of friend of C. C., Minor child, surviving Daughter and heir to the Estate of Annette Martinez; Jose Aguilar; Raymundo Aguilar; Fidel Aguilar; Eric Aguilar, Individually and as Surviving Sons and heirs to the Estate of Annette Martinez, | § § § § | of El Paso County, Texas (TC# 2018-DCV0797) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellees' motion to reschedule the January 14, 2020 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 10th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.